IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02994-WYD-BNB

ERIC BRANDT,

      Plaintiff,

v.

THE CITY OF WESTMINSTER, COLORADO, a municipality;
MAYOR HERB ATCHISON, in his official and individual capacity; and
WESTMINSTER POLICE OFFICER PAUL E. NEWTON, in his official and individual capacity,

      Defendants.

## ANSWER

Defendants, **CITY OF WESTMINSTER** and **MAYOR HERB ATCHISON**, by their attorneys, **SENTER GOLDFARB & RICE, L.L.C.**, and pursuant to Fed.R.Civ.P. 8 and 12, hereby answer and respond to Plaintiff's Complaint as follows:

### ANSWER

1.     Defendants deny the allegations contained in paragraphs 1, 2, 9, 11, 12, 13, 14, 19, 20, 21[*], 22, 24, 25, 28, and 29 of Plaintiff's Complaint.

2.     Defendants are without sufficient information and knowledge to enable them to form a belief as to the veracity of the allegations contained in paragraphs 5 and 8[*] of Plaintiff's Complaint and, as a result, deny same.

---

[*] Plaintiff's Complaint contains two paragraphs denominated as paragraph 8 and two paragraphs denominated as paragraph 21

3. With respect to the allegations contained in paragraphs 3 and 4 of Plaintiff's Complaint, Defendants admit that this court has subject matter jurisdiction over the controversies raised herein and that venue is proper in the United States District Court for the District of Colorado; however, Defendants deny all other allegations contained in said paragraphs.

4. With respect to the allegations contained in paragraphs 6 and 7 of Plaintiff's Complaint, Defendants admit that City of Westminster is a Colorado home rule municipality, that Herb Atchison is the Mayor of the City of Westminster, and that Mayor Atchison has powers and authority as designated in the City Charter for the City of Westminster; however, Defendants deny all other allegations contained in said paragraphs.

5. With respect to the allegations contained in paragraphs 8*, 21*, 26 and 30 of Plaintiff's Complaint, Defendants admit that Mayor Atchison was acting in his capacity as Mayor for the City of Westminster and Officer Paul Newton was acting in his capacity as a police officer for the City of Westminster at the time of the actions complained of in Plaintiff's Complaint and that such actions taken by them were under the color of state law; however, Defendants deny all other allegations contained in said paragraphs.

6. With respect to the allegations contained in paragraph 10 of Plaintiff's Complaint, Defendants admit that during the "citizens communications" portion of a City Council Meeting, members of the public are afforded five minutes or less to speak, except for communications pertaining to items that are scheduled for public hearing during such meeting; however, Defendants deny all other allegations contained in said paragraph.

7. With respect to the allegations contained in paragraphs 15 and 16 of Plaintiff's Complaint, Defendants admit that Mr. Brandt was handcuffed, arrested, charged, and

incarcerated only after probable cause was developed to support that arrest and those charges; however, Defendants deny all other allegations contained in said paragraphs.

8. With respect to the allegations contained in paragraph 17 of Plaintiff's Complaint, Defendants admit that charges against Mr. Brandt were withdrawn on the basis of prosecutorial discretion; however, Defendants deny all other allegations contained in said paragraph.

9. Defendants incorporate their responses to those paragraphs that are realleged in paragraphs 18, 23, and 27 of Plaintiff's Complaint.

10. Defendants deny all allegations not otherwise expressly admitted herein.

## **DEFENSES**

1. Plaintiff's Complaint fails, at least in part, to state a claim upon which relief can be granted as against these Defendants.

2. Defendant Atchison is immune from these claims on the basis of the defense of qualified immunity.

3. Plaintiff has failed to reasonably mitigate his alleged damages.

4. Defendants reserve the right to add such additional defenses as become apparent upon disclosure and discovery.

## REQUEST FOR RELIEF

**WHEREFORE**, having fully answered Plaintiff's Complaint, Defendants respectfully request that the court grant relief as follows:

A. Dismissing Plaintiff's Complaint with prejudice;

B. Entering judgment in favor of Defendants and against Plaintiff for costs and attorney fees; and

C. Such other and further relief as the court deems just and proper.

## JURY DEMAND

**DEFENDANTS HEREBY DEMAND THIS CASE BE TRIED TO A JURY PURSUANT TO FED.R.CIV.P. 38.**

Respectfully submitted,


By   s/ Thomas S. Rice
*Thomas S. Rice*
Senter Goldfarb & Rice, L.L.C.
1700 Broadway, Suite 1700
Denver, Colorado 80290
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
E-mail: trice@sgrllc.com
*Attorneys for Defendants City of Westminster and Mayor Herb Atchison*

4

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on this 9th day of January, 2015, I electronically filed a true and exact copy of the above and foregoing **ANSWER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

David A. Lane
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
dlane@kln-law.com
*Attorneys for Plaintiff*

                s/ Wendy McCann
               Wendy McCann, Legal Secretary
               E-mail:  wmccann@sgrllc.com