IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02994-WYD-BNB

ERIC BRANDT,

    Plaintiff,

v.

THE CITY OF WESTMINSTER, COLORADO, a municipality;
MAYOR HERB ATCHISON, in his official and individual capacity; and
WESTMINSTER POLICE OFFICER PAUL E. NEWTON, in his official and individual capacity,

    Defendants.

## ENTRY OF APPEARANCE

**COURTNEY B. KRAMER**, of **SENTER GOLDFARB & RICE, L.L.C.**, hereby enters her appearance on behalf of Defendants, **CITY OF WESTMINSTER** and **MAYOR HERB ATCHISON**.

Respectfully submitted,

By   s/ Courtney B. Kramer
*Courtney B. Kramer*
Senter Goldfarb & Rice, L.L.C.
1700 Broadway, Suite 1700
Denver, Colorado 80290
Telephone: (303) 320-0509
Facsimile: (303) 320-0210
E-mail: ckramer@sgrllc.com
*Attorneys for Defendants City of Westminster and Mayor Herb Atchison*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of January, 2015, I electronically filed a true and exact copy of the above and foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

David A. Lane
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
dlane@kln-law.com
*Attorneys for Plaintiff*

                                                  s/ Wendy McCann
                                           Wendy McCann, Legal Secretary
                                           E-mail:  wmccann@sgrllc.com