**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02994-WYD-BNB

ERIC BRANDT,

    Plaintiff,

v.

THE CITY OF WESTMINSTER, COLORADO, a municipality;
MAYOR HERB ATCHISON, in his official and individual capacity;
WESTMINSTER POLICE OFFICER PAUL E. NEWTON, in his official and individual capacity;

    Defendants.

___

**ENTRY OF APPEARANCE**
___

    Danielle C. Jefferis of KILLMER, LANE & NEWMAN, LLP, an attorney licensed to practice in Colorado and to appear before this Court, hereby enters her appearance on behalf of the Plaintiff, Eric Brandt.

    Dated this 13th day of January, 2015.

                              KILLMER, LANE & NEWMAN, LLP

                              */s/ Danielle C. Jefferis*
                              _____
                              David A. Lane
                              Danielle C. Jefferis
                              1543 Champa Street, Suite 400
                              Denver, Colorado 80202
                              (303) 571-1000
                              dlane@kln-law.com
                              djefferis@kln-law.com

                              *Attorneys for Plaintiff*