IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Actions: 14-cv-02994-WYD-NYW | Date: March 5, 2015 |
| Courtroom Deputy: Brandy Simmons | FTR: NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| ERIC BRANDT, | *Danielle C. Jefferis* |
| **Plaintiff,** | |
| v. | |
| THE CITY OF WESTMINSTER, COLORADO, | *Josh Adam Marks* |
| HERB ATCHISON, | |
| PAUL E. NEWTON, | |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**SCHEDULING CONFERENCE**

Court in Session:  9:34 a.m.

Appearance of Counsel. Counsel for the City of Wesminster does not appear.

Plaintiff to supplement Scheduling Order with good faith estimate of economic damages on or before March 19, 2015.

Each side is allowed:

Ten (10) depositions; plus experts, no depositions shall exceed one day of seven hours;
Twenty-five (25) interrogatories, including discrete subparts;
Twenty-five (25) requests for production of documents;
Twenty-five (25) requests for admissions.

Discovery cut-off: October 2, 2015.

Dispositive motion deadline: November 6, 2015.

Each side may designate no more than four (4) specially retained expert witnesses.
Parties shall designate principal experts on or before: July 31, 2015.
Parties shall designate rebuttal experts on or before: August 28, 2015.

Deadline to serve interrogatories, requests for production of documents, and requests for admissions: 33 days prior to discovery cut-off.

A Final Pretrial Conference is set for January 12, 2016, at 9:00 a.m. The proposed Pretrial Order is due on or before January 5, 2016.

The Proposed Scheduling Order is approved and entered with interlineations made by the court.

Court in Recess:  9:49 a.m.          Hearing concluded.          Total time in Court:  00:15

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.