# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02994-WYD-NYW

ERIC BRANDT,

   Plaintiff,

v.

THE CITY OF WESTMINSTER, COLORADO, a municipality;
MAYOR HERB ATCHISON, in his official and individual capacity;
WESTMINSTER POLICE OFFICER PAUL E. NEWTON, in his official and individual capacity;

   Defendants.

## SUPPLEMENT TO SCHEDULING ORDER [DOC. 16]

      Plaintiff, Eric Brandt, by and through his counsel David A. Lane and Danielle C. Jefferis of KILLMER, LANE & NEWMAN, LLP, respectfully submits the following Supplement to Scheduling Order [Doc. 16], supplementing Plaintiff's computation of damages as follows:

### 5.  COMPUTATION OF DAMAGES

      a.  **Plaintiff:** Plaintiff claims the following damages: (1) all appropriate declaratory and other injunctive and/or equitable relief; (2) compensatory and consequential damages, including damages for emotional distress, loss of reputation, humiliation, loss of enjoyment of life, and other pain and suffering on all claims allowed by law in an amount to be determined at trial; (3) all economic damages on all claims allowed by law; (4) punitive damages on all claims allowed by law in an amount to be

determined at trial; (5) attorneys fees and costs associated with this action on all claims allowed by law; (6) pre-judgment and post-judgment interest at the highest lawful rate; (7) and any further relief that this Court deems just and proper and as allowed by law.

The vindication of constitutional rights is an inherently difficult and intangible concept to monetize with precision. Juries, however, have valued emotional distress damages in similar cases in excess of $100,000. For example, in *Martinez, et al. v. Valdez, et al.*, No. 11-cv-00102-MSK-KLM, a jury awarded three of four individual plaintiffs at least $100,000 for the defendants' violations of their First and Fourth Amendment rights. The fourth plaintiff was awarded $90,000.

As investigation and discovery in this matter is ongoing, these disclosures will be supplemented and/or amended pursuant to the requirements of Rule 26(a)(1) of the Federal Rules of Civil Procedure, if necessary.

Respectfully submitted this 16th day of March, 2015.

                                            KILLMER, LANE & NEWMAN, LLP

                                   *s/ David A. Lane*
                                   _____
                                   David A. Lane
                                   Danielle C. Jefferis
                                   KILLMER, LANE & NEWMAN, LLP
                                   1543 Champa Street, Suite 400
                                   Denver, Colorado  80202
                                   Phone: 303-571-1000
                                   *Counsel for Plaintiff*