IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02994-WYD-NYW

ERIC BRANDT,

    Plaintiff,

v.

THE CITY OF WESTMINSTER, COLORADO, a municipality;
MAYOR HERB ATCHISON, in his official and individual capacity; and
WESTMINSTER POLICE OFFICER PAUL E. NEWTON, in his official and individual capacity,

    Defendants.

## NOTICE OF CHANGE OF ADDRESS

The attorneys for Defendants the City of Westminster and Mayor Herb Atchison provide the Court and all parties with this Notice of Change of Address.

Effective **April 13, 2015**, the offices of Senter, Goldfarb & Rice, LLC will be located and receiving mail at:

    3900 East Mexico Avenue, Suite 700
    Denver, Colorado 80210
    Phone: (303) 320-0509
    Fax: (303) 320-0210

Respectfully submitted,


By    s/ Thomas S. Rice
*Thomas S. Rice*
Senter Goldfarb & Rice, L.L.C.
3900 E. Mexico Ave., Suite 700
Denver, Colorado 80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
E-mail: trice@sgrllc.com


By    s/ Courtney B. Kramer
*Courtney B. Kramer*
Senter Goldfarb & Rice, L.L.C.
3900 E. Mexico Ave., Suite 700
Denver, Colorado 80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
E-mail: ckramer@sgrllc.com

*Attorneys for Defendants City of Westminster and Mayor Herb Atchison*

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on this 15th day of April, 2015, I electronically filed a true and exact copy of the above and foregoing **NOTICE OF CHANGE OF ADDRESS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

David A. Lane
Danielle C. Jefferis
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
dlane@kln-law.com
djefferis@kln-law.com
*Attorneys for Plaintiff*

Josh A. Marks
Jeff M. Van der Veer
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302
jam@bhgrlaw.com
jmv@bhgrlaw.com
*Attorneys for Defendant Paul E. Newton*

                                            s/ Wendy McCann
                                      Wendy McCann, Legal Secretary
                                      E-mail:  wmccann@sgrllc.com