### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02994-WYD-NYW

ERIC BRANDT,

    Plaintiff,

v.

THE CITY OF WESTMINSTER, COLORADO, a municipality;
MAYOR HERB ATCHISON, in his official and individual capacity;
WESTMINSTER POLICE OFFICER PAUL E. NEWTON, in his official and individual capacity;

    Defendants.

### <u>UNOPPOSED</u> MOTION TO WITHDRAW DANIELLE C. JEFFERIS AS COUNSEL OF RECORD

Danielle C. Jefferis, undersigned counsel for Plaintiff, hereby submits the following <u>Unopposed</u> Motion to Withdraw as Counsel of Record, and states as follows:

1. Ms. Jefferis has accepted an attorney position in New York, NY, and her employment with KILLMER, LANE & NEWMAN, LLP will end as of June 25, 2015.

2. Plaintiff continues to be represented in this case by David A. Lane of KILLMER, LANE & NEWMAN, LLP.

### CERTIFICATION PURSUANT TO D.C.COLO. LCivR. 7.1

Danielle C. Jefferis, counsel for Plaintiff, certifies that she conferred with counsel for Defendants via email on June 16, 2015. Defendants do not oppose the relief sought herein.

WHEREFORE, the undersigned respectfully requests that she be withdrawn as counsel of record for Plaintiff and removed from the Certificate of Service in this case.

Respectfully submitted this 22nd day of June, 2015.

        **KILLMER, LANE & NEWMAN, LLP**

        *s/ Danielle C. Jefferis*
        _____
        David A. Lane
        Danielle C. Jefferis
        KILLMER, LANE & NEWMAN, LLP
        1543 Champa Street, Suite 400
        Denver, CO 80202
        (303) 571-1000
        dlane@kln-law.com
        djefferis@kln-law.com

        *Counsel for Plaintiff*