IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02994-WYD-NYW

ERIC BRANDT,

      Plaintiff,

v.

THE CITY OF WESTMINSTER, COLORADO, a municipality,
MAYOR HERB ATCHISON, in his official and individual capacity,
WESTMINSTER POLICE OFFICER PAUL E. NEWTON, in his official and individual capacity,

      Defendants.

_____

## MINUTE ORDER
_____

Entered By Magistrate Judge Nina Y. Wang

      This matter is before the court on the Motion to Withdraw as Counsel for Plaintiff ("Motion to Withdraw").  [#20, filed June 22, 2015].

      IT IS ORDERED that the Motion to Withdraw is GRANTED.  Danielle C. Jefferis is granted leave to withdraw from the representation of Plaintiff and is to be removed from the electronic service.

DATED: June 23, 2015