IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02994-WYD-NYW

ERIC BRANDT,

    Plaintiff,

v.

THE CITY OF WESTMINSTER, COLORADO, a municipality;
MAYOR HERB ATCHISON, in his official and individual capacity; and
WESTMINSTER POLICE OFFICER PAUL E. NEWTON, in his official and individual capacity,

    Defendants.

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

    Defendants, **THE CITY OF WESTMINSTER**, **MAYOR HERB ATCHISON,** and **WESTMINSTER POLICE OFFICER PAUL E. NEWTON**, by the undersigned attorneys, hereby move the Court for an order amending the Scheduling Order to extend the discovery cut-off to October 27, 2015, and extend the dispositive motion deadline to November 17, 2015.

    **AND AS GROUNDS THEREFOR**, Defendants state as follows:

    1.    Pursuant to D.C.COLO.LCivR. 7.1, conferral has occurred and counsel for Plaintiff, David Lane, indicates that he does not object to the relief sought herein. Therefore, this motion is unopposed.

    2.    Pursuant to agreement between the parties and written notice, the deposition of Plaintiff Eric Brandt was scheduled to occur on September 15, 2015. However, due to his arrest and incarceration, Mr. Brandt was unable to appear for his deposition as scheduled. Accordingly, the deposition did not proceed on that date.

3. Counsel have conferred regarding the rescheduling of Mr. Brandt's deposition and agreement has been reached to hold that deposition on October 27, 2015.

4. Pursuant to the Scheduling Order entered in this case [Doc. #16], the discovery cut-off date is October 2, 2015. In order to accommodate the deposition of Mr. Brandt as discussed above, Defendants move the Court for an order amending the Scheduling Order to change the discovery cut-off date to October 27, 2015.

5. Also pursuant to the Scheduling Order, the dispositive motion deadline is November 6, 2015. In order to allow the for transcription of Mr. Brandt's deposition and its use as necessary for a dispositive motion, Defendants move the court for an order amending the Scheduling Order to change the dispositive motion deadline to November 17, 2015.

5. In accord with D.C.COLO.LCivR. 6.1, this motion is being contemporaneously served upon Defendants.

WHEREFORE, Defendants respectfully request that the Court amend the Scheduling Order to extend the discovery cut-off to October 27, 2015, in order to take the deposition of Plaintiff Eric Brandt, and extending the dispositive motion deadline to November 17, 2015 to allow for transcription and use of that deposition.

Respectfully submitted,


By    s/ Thomas S. Rice
*Thomas S. Rice*
Senter Goldfarb & Rice, L.L.C.
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
E-mail: trice@sgrllc.com
*Attorneys for Defendants City of Westminster and Mayor Herb Atchison*


By    s/ Josh A. Marks
*Josh A. Marks*
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302
Telephone: (303) 402-1600
Email: jam@bhgrlaw.com
*Attorneys for Defendant Paul E. Newton*

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on this 24rd day of September, 2015, I electronically filed a true and exact copy of the above and foregoing **UNOPPOSED MOTION TO AMEND SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

David A. Lane
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
dlane@kln-law.com
*Attorneys for Plaintiff*

Josh A. Marks
Jeff M. Van der Veer
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302
jam@bhgrlaw.com
jmv@bhgrlaw.com
*Attorneys for Defendant Paul E. Newton*

                                              s/ Wendy McCann
                                        Wendy McCann, Legal Secretary
                                        E-mail:  wmccann@sgrllc.com

01052203.DOC