*Eric Brandt vs.*

*The City of Westminster, Colorado, et al.*

*Deposition of Mayor Herbert L. Atchison*

*September 17, 2015*



# Stevens-Koenig Reporting

700 17th Street, Suite 1750
Denver, CO 80202
303-988-8470 (Office)   303-988-8478 (Fax)
SKReporting.com



EXHIBIT B

**Eric Brandt vs.**
**The City of Westminster, Colorado, et al.**

**Deposition of Mayor Herbert L. Atchison**
**September 17, 2015**

---

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLORADO
 2      _____
 3
        ERIC BRANDT,
 4
          Plaintiff,
 5
        v.
 6
        THE CITY OF WESTMINSTER, COLORADO, a municipality;
 7      MAYOR HERB ATCHISON, in his official and individual
        capacity; WESTMINSTER POLICE OFFICER PAUL E. NEWTON,
 8      in his official and individual capacity;
 9      Defendants.
10      _____
11                           COURT USE ONLY
12                                  _____
                                    Civil Action No.:
13                                  1:14-cv-02994-WYD-NYW
14      _____
15
            DEPOSITION OF MAYOR HERBERT L. ATCHISON
16
                     September 17, 2015
17
```

Page 2

```
 1   APPEARANCES:
 2   For the Plaintiff:
             DAVID A. LANE, ESQ.
 3           Killmer, Lane & Newman, LLP
             1543 Champa Street, Suite 400
 4           Denver, Colorado 80202
             Phone:  303-571-1000
 5           Email:  Dlane@kln-law.com
 6   For the Defendants City of Westminster and Mayor Herb
     Atchison:
 7           THOMAS S. RICE, ESQ.
             Senter Goldfarb & Rice, L.L.C.
 8           3900 E. Mexico Avenue, Suite 700
             Denver, Colorado 80210
 9           Phone:  303-320-0509
             Email:  Trice@sgrllc.com
10
     For the Defendant Officer Paul E. Newton:
11           JOSH MARKS, ESQ.
             Berg Hill Greenleaf & Ruscitti, LLP
12           1712 Pearl Street
             Boulder, Colorado 80302
13           Phone:  303-402-1600
             Email:  Jam@bhgrlaw.com
```

Page 3

```
 1        PURSUANT TO NOTICE, and the Federal
 2   Rules of Civil Procedure, the DEPOSITION of
 3   MAYOR HERBERT L. ATCHISON, called by the Plaintiff,
 4   was taken on September 17, 2015, commencing at
 5   10:26 a.m., at 1543 Champa Street, Suite 400, Denver,
 6   Colorado 80202, before Chandra L. Monis, a Registered
 7   Professional Reporter and Notary Public in and for
 8   the State of Colorado.
 9                        INDEX
10   EXAMINATION                                    PAGE
11   Mr. Lane                                          4
12                                                INITIAL
     EXHIBITS                                    REFERENCE
13
     (No exhibits were marked.)
14
     PREVIOUSLY MARKED EXHIBITS
15
16   1  DVD                                          14
```

Page 4

```
 1              PROCEEDINGS
 2         MAYOR HERBERT L. ATCHISON,
 3   having been duly sworn to state the whole
 4   truth, testified as follows:
 5              EXAMINATION
 6   BY MR. LANE:
 7       Q.  Sir, could you state your name and
 8   spell your name for the record.
 9       A.  My legal name is Herbert L. Atchison,
10   last name is A-t-c-h-i-s-o-n.
11       Q.  And how are you employed?
12       A.  I have a private consulting practice
13   that I do as employment.  And I'm also an elected
14   member of the City of Westminster.
15       Q.  Are you an attorney?
16       A.  No, I am not.
17       Q.  What kind of consulting do you do?
18       A.  Project construction management and
19   some economic development.
20       Q.  Okay.  And you're the mayor of
21   Westminster?
22       A.  Yes, sir.
23       Q.  How long have you been the mayor?
24       A.  It'll be two years in November.
25       Q.  Have you ever been sued before?
```

Eric Brandt vs.
The City of Westminster, Colorado, et al.

Deposition of Mayor Herbert L. Atchison
September 17, 2015

Page 5

1  A.  No.
2  Q.  Okay.  There are various rules in the
3  deposition that exist.  And I'm sure Mr. Rice has
4  gone over them with you, but I'm going to do that now
5  briefly.
6  A.  Okay.
7  Q.  Have you ever had your deposition taken
8  before?
9  A.  Yes.
10  Q.  Okay.  And in what context was that
11  done?
12  A.  A homeowners' lawsuit against a
13  resident.
14  Q.  Okay.  One time you've had your
15  deposition taken, and that's it?
16  A.  Uh-huh.
17  Q.  Here's one rule that you just trod
18  upon, and that is you have to answer yes or no.
19  A.  Okay.
20  Q.  Because it's difficult for the court
21  reporter to take down an uh-huh or huh-uh or a shake
22  of the head or nod of the head.
23  A.  All right.
24  Q.  If you don't understand my questions,
25  you're perfectly within your right to ask me to

Page 6

1  rephrase or clarify.  Do you understand that?
2  A.  Yes.
3  Q.  And any time you want to consult with
4  Mr. Rice, you can do that, with the caveat that if
5  there's a question pending before you, you have to
6  answer it before you can consult with your attorney.
7  Do you understand that?
8  A.  Yes.
9  Q.  Okay.  Excuse me, my allergies have
10  been really bad.
11      Do you know why we are here today?
12  A.  Yes.
13  Q.  Okay.  What is your understanding of
14  the reason we're here today?
15  A.  Claim made against the City in regards
16  to Mr. Brandt.
17  Q.  Okay.  Do you understand the claims
18  against you as the mayor of the City?
19  A.  Yes.
20  Q.  Okay.  And what is it that Mr. Brandt
21  has alleged that you have done wrong?
22  A.  As I understand, it is a violation of
23  his First Amendment rights.
24  Q.  Okay.  And what is the nature of what
25  it was that was happening that he claims you violated

Page 7

1  his First Amendment rights on?
2  A.  I believe it was that we stopped his
3  testimony during a public comment period.
4  Q.  Okay.  Do you believe you violated the
5  First Amendment?
6  A.  Do I believe I violated it?
7  Q.  Yeah.
8  A.  No.
9  Q.  Why not?
10  A.  Because it wasn't a point where I was
11  stopping his testimony.  I was trying to get him to
12  stop, so I could ask him a question.  And he was
13  allowed to continue at a later date.
14  Q.  Well, after he went to jail, he was
15  allowed to come back at some future time and
16  continue; is that correct?
17  A.  As far as going to jail, I don't know
18  if he went to jail or not.  I know he was removed
19  from the room that night.
20  Q.  Why was he removed from the room?
21  A.  Because he was disruptive.
22  Q.  I see.  Well, let's -- so you don't
23  believe you have violated the First Amendment; is
24  that correct?
25  A.  That's correct.

Page 8

1  Q.  And do you also understand that there's
2  a Fourth Amendment violation alleged here also, that
3  he was arrested without probable cause to believe he
4  had committed any crime?
5  A.  I'm not sure.
6  Q.  What documents have you read in
7  preparation for your testimony today?
8  A.  Not any, I don't believe.
9  Q.  Well, have you -- okay.
10      Have you listened to the audiotape or
11  watched the videotape of the meeting prior to coming
12  here today?
13  A.  I heard a portion of it, but not heard
14  the full thing.
15  Q.  Now, you apologized about a week later
16  to Mr. Brandt, didn't you?
17  A.  Yes.
18  Q.  Why did you apologize?
19  A.  Felt that we needed to clear the air
20  and let him come back and do the conversation that he
21  wanted to do.  And I allowed him to do that.
22  Q.  Why would -- why did you stop him, if
23  what he was saying was protected speech?
24  A.  The issue that I thought he was trying
25  to do was testify on a pending case.  And I felt that

Case 1:14-cv-02994-DDD-NYW   Document 26-2   Filed 11/17/15   USDC Colorado   Page 4 of 4

Eric Brandt vs.
The City of Westminster, Colorado, et al.

Deposition of Mayor Herbert L. Atchison
September 17, 2015

**Page 37**

1  A. Yes.
2  Q. And what is the City's response to
3  these citizen complaints?
4  A. I don't know that there have been any
5  responses from the City to citizens. Someone had
6  contacted me, I have told them that it's his First
7  Amendment right, and we are leaving it alone.
8  Q. Have you had discussions with
9  constituents about this lawsuit?
10 A. I don't recall having discussions with
11 anybody other than counsel, our City attorney.
12 Q. Did you hear the officer tell Eric if
13 he didn't leave right now, he's going to be arrested
14 for trespassing?
15 A. Based on the tape I just heard, I heard
16 that comment.
17 Q. Okay. You heard that at the time it
18 was made also, didn't you?
19 A. I believe so.
20 Q. Okay. Did you do anything to intervene
21 and stop the officer from arresting Eric Brandt?
22 A. No.
23 Q. Did you believe that Eric Brandt had
24 been committing a crime at the time he was arrested?
25 A. No.

**Page 38**

1  Q. Well, if he was not committing a crime
2  at the time he was arrested by a Westminster police
3  officer, then that would be a false arrest, would it
4  not?
5  A. I don't know.
6  Q. Well, arresting someone who's not
7  committing a crime seems to be not legal in your
8  opinion; is that correct?
9  MR. RICE: Object to the form of the
10 question. Go ahead and answer.
11 A. Yes.
12 Q. (By Mr. Lane) Okay. And you said you
13 saw Eric Brandt committing no crime, right?
14 A. In my understanding of a crime, yes.
15 Q. And you also knew that he was being
16 arrested; isn't that correct?
17 A. I know he was told that if he didn't
18 comply, he would be arrested.
19 Q. And he didn't comply, did he?
20 A. That's correct.
21 Q. And he was arrested, wasn't he?
22 A. I believe so.
23 Q. And based on your observations, he
24 hadn't committed any crime, to your knowledge; is
25 that correct?

**Page 39**

1  A. Correct.
2  MR. LANE: All right. Why don't we
3  take a quick break. And I may be done. But I may
4  not be done.
5  (Break from 11:10 a.m. to 11:18 a.m.)
6  MR. LANE: I think I'm done.
7  MR. MARKS: I have no questions.
8  MR. RICE: No questions. As you asked,
9  I will put on the record that you'll send the
10 signature page to my attention, and I'll see that
11 Mr. Mayor Atchison has an opportunity to review and
12 sign.
13           * * * * * * * * *
14 WHEREUPON, the foregoing deposition was
15 concluded at the approximate hour of 11:18 a.m., on
16 September 17, 2015.

**Page 40**

1  I, MAYOR HERBERT L. ATCHISON, the
2  deponent in the above deposition, do hereby
3  acknowledge that I have read the foregoing transcript
4  of my testimony, and state under oath that it,
5  together with any attached Amendment to Deposition
6  pages, constitute my sworn testimony.

8  _____ I have made changes to my deposition.
9  _____ I have NOT made any changes to my deposition.

                    _____
                    MAYOR HERBERT L. ATCHISON

        Subscribed and sworn to before me this
_____day of _____, 20____.
        My commission expires: _____

                    _____
                            Notary Public
                            Address: