**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02994-WYD-NYW

ERIC BRANDT,

      Plaintiff,

v.

THE CITY OF WESTMINSTER, COLORADO, a municipality;
MAYOR HERB ATCHISON, in his official and individual capacity;
WESTMINSTER POLICE OFFICER PAUL E. NEWTON, in his official and individual capacity;

      Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMITATIONS**

---

      Comes now Plaintiff, pursuant to the Practice Standards of Senior Judge Wiley Y. Daniel, to move this Court for leave to file a memorandum of approximately twenty-four pages, of which seven are Plaintiff's Statement of Material Facts, and in support states:

1. Pursuant to the Practice Standards of Senior Judge Wiley Y. Daniel, "[t]he text of opening and responsive briefs shall not exceed fifteen (15) pages in length."

2. Plaintiff's motion for summary judgment seeks a finding that Defendants are liable for violating Plaintiff's right to free speech, retaliation in violation of Plaintiff's exercise of his right to engage in free speech, violation of his right to petition the government for redress of grievances, and violation of Plaintiff's Fourth Amendment rights. Additionally, Plaintiff argues that Defendant City of Westminster is municipally liable for violation of Plaintiff's rights. These arguments in support of

      motion for summary judgment cannot be confined to fifteen pages and adequately presented to this Court.

3. No party will be prejudiced by the grant of this motion.

## CERTIFICATION PURSUANT TO D.C.COLO. LCivR. 7.1

1. Counsel for Plaintiff, Andy McNulty, hereby certifies that he conferred with Joshua A. Marks and Thomas S. Rice, counsel for Defendants, via email on November 16, 2015, who stated that Defendants do not oppose the relief sought herein.

WHEREFORE Plaintiff moves this Court for leave to file the memorandum in support of his motion for summary judgment, which is in excess of the page limitation, and for such other and further relief as is just and proper under the circumstances.

Dated this 17th day of November, 2015.

KILLMER, LANE & NEWMAN, LLP

*/s/ Andy McNulty*

_____
David A. Lane
Andy McNulty
1543 Champa Street, Suite 400
Denver, Colorado 80202
(303) 571-1000
dlane@kln-law.com
amcnulty@kln-law.com

*Attorneys for Plaintiff*