# EXHIBIT 5

FILED CONVENTIONALLY