## WESTMINSTER MUNICIPAL COURT

| | | |
|---|---|---|
| **Name:** BRANDT, ERIC PATRICK | **Birthdate:** 11/19/1971 | **CR:** 2014-13805 |
| **Arresting Agency:** WESTMINSTER POLICE DEPARTMENT | **Arrest Date:** 08/11/2014 | |

| Charges: | WMC: | Classification: |
|---|---|---|
| OBSTRUCTION OF A POLICE OFFICER | 6-5-5 | M |
| RESISTING ARREST | 6-5-1 | M |
| UNLAWFUL TRESPASS | 6-3-5(A) | M |

*In Jail Muni Charge*

### AFFIDAVIT IN SUPPORT OF WARRANTLESS ARREST

**(28110) NEWTON, PAUL E**

Being Duly sworn upon oath says that there is probable cause for the warrantless arrest of the above-named defendant for the charge(s) stated above, and that the following facts are true and correct to the best of his/her knowledge, information and belief and support the arrest of the defendant.

**My name is: (28110) NEWTON, PAUL E**          **I am a Westminster police officer.**

Adams County

At approximately 7:30 pm I was working at the Westminster City Council meeting when Eric Brandt approached the podium during the time allotted for the public to address the City Council. This location is in the City of Westminster, County of Adams, and State of Colorado.

Eric began by announcing that he was accompanied by a male party, later identified to be James Hornof, and that this subject would relinquish his five minutes to allow Eric to talk longer. The Mayor immediately informed Eric that he would only be allowed five minutes. This appeared to anger Eric Brandt.

Eric then began to read from a prepared statement. After

PAGE 1 OF 6

Westminster.Brandt 00018

## WESTMINSTER MUNICIPAL COURT
### continuation

37

| | | |
|---|---|---|
| Name: **BRANDT, ERIC PATRICK** | Birthdate: 11/19/1971 | CR 2014-13805 |
| Arresting Agency: **WESTMINSTER POLICE DEPARTMENT** | Arrest Date: 08/11/2014 | |

| Charges: | WMC | Classification |
|---|---|---|
| **OBSTRUCTION OF A POLICE OFFICER** | 6-5-5 | M |
| **RESISTING ARREST** | 6-5-1 | M |
| **UNLAWFUL TRESPASS** | 6-3-5(A) | M |

### AFFIDAVIT IN SUPPORT OF WARRANTLESS ARREST

**(28110) NEWTON, PAUL E**
Being Duly sworn upon oath says that there is probable cause for the warrantless arrest of the above-named defendant for the charge(s) stated above, and that the following facts are true and correct to the best of his/her knowledge, information and belief and support the arrest of the defendant.

**My name is:** (28110) NEWTON, PAUL E         **I am a Westminster police officer.**

several minutes the Mayor attempted to interrupt Eric Brandt to ask him a question about his rambling statement. Eric Brandt would not allow the Mayor to ask his question and continued to read from his prepared statement. The Mayor continued to ask Eric Brandt if his statement was related to his pending lawsuit against the City of Westminster but Eric continued to read from his statement, briefly stating that the Mayor could not use any of his five minutes.
   The Mayor told Eric several times that he could not continue with his statement because of his pending lawsuit against the City of Westminster. The Mayor then signaled to me to come up, from the back of the Council Chambers, and directed me to address Eric Brandt.
   I approached Eric Brandt slowly, hoping that my approach would cause him to acquiesce to the Mayor's instructions. The Mayor continued to instruct Eric Brandt to stop with his statement. As I neared Eric I again looked to the Mayor and he again made a gesture directing me to Eric Brandt. I then addressed the Mayor and attempted to clarify if he had ordered Eric Brandt to leave the building. The mayor told me that Eric was to be escorted out of the council chambers and building.

Westminster.Brandt 00019

   I instructed Eric Brandt that he needed to stop his statement and leave. Eric continued to read from his statement and increased his volume to a much higher level. I then informed Eric Brandt that he must stop his statement and leave the council chambers. Eric Brandt continued to read from his statement, increasing his

PAGE 2 OF 6

## WESTMINSTER MUNICIPAL COURT
### continuation

| | | |
|---|---|---|
| Name: | Birthdate: | CR |
| BRANDT, ERIC PATRICK | 11/19/1971 | 2014-13805 |
| Arresting Agency: | Arrest Date: | |
| WESTMINSTER POLICE DEPARTMENT | 08/11/2014 | |
| Charges: | WMC | Classification |
| OBSTRUCTION OF A POLICE OFFICER | 6-5-5 | M |
| RESISTING ARREST | 6-5-1 | M |
| UNLAWFUL TRESPASS | 6-3-5(A) | M |

37

## AFFIDAVIT IN SUPPORT OF WARRANTLESS ARREST

**(28110) NEWTON, PAUL E**
Being Duly sworn upon oath says that there is probable cause for the warrantless arrest of the above-named defendant for the charge(s) stated above, and that the following facts are true and correct to the best of his/her knowledge, information and belief and support the arrest of the defendant.

**My name is:** (28110) NEWTON, PAUL E     **I am a Westminster police officer.**

volume even further.
        I instructed Eric that he was under arrest for Public Buildings Trespass and Interference (CRS 18-9-110{3}) and attempted to inform him that he was also under arrest for Disrupting Lawful Assembly (CRS 18-9-108) and obstructing police by not leaving the council chambers when I ordered him to do so. It was difficult to make myself heard over his shouting at the City Council members. I ordered him to walk with me out of the chambers. Eric Brandt ignored my order to walk with me and leave the chambers and continued to read from his statement very loudly,
        I placed Eric's right hand in an escort position and began to escort him out of the council chambers. Eric Brandt attempted to break free from my grasp and he also seized this time to become obstreperous towards me
(i.e., "fuck you, you fucking pig", etc.) At this time I noticed that Eric's associate, James Hornof, was using his smartphone to video my interaction with Eric Brandt. As I escorted Eric Brandt from the Chambers I informed him he was also under arrest for Obstructing Police.
        Once we were in the hallway outside of the chambers I placed him in handcuffs and began a custodial search.  Eric then began yelling profanities toward the Council Chambers so I had to escort out of the building where I conducted a custodial search. Eric Brandt's associate, James Hornof, was still using his smartphone to video my interaction with Eric Brandt.     Westminster.Brandt 00020    PAGE 3 OF 6

## WESTMINSTER MUNICIPAL COURT
### *continuation*

| | | | |
|---|---|---|---|
| Name:<br>BRANDT, ERIC PATRICK | Birthdate:<br>11/19/1971 | | CR<br>2014-13805 |
| Arresting Agency:<br>WESTMINSTER POLICE DEPARTMENT | Arrest Date:<br>08/11/2014 | | |
| Charges: | | WMC | Classification |
| OBSTRUCTION OF A POLICE OFFICER | | 6-5-5 | M |
| RESISTING ARREST | | 6-5-1 | M |
| UNLAWFUL TRESPASS | | 6-3-5(A) | M |

37

### AFFIDAVIT IN SUPPORT OF WARRANTLESS ARREST

**(28110) NEWTON, PAUL E**
Being Duly sworn upon oath says that there is probable cause for the warrantless arrest of the above-named defendant for the charge(s) stated above, and that the following facts are true and correct to the best of his/her knowledge, information and belief and support the arrest of the defendant.

**My name is: (28110) NEWTON, PAUL E**         **I am a Westminster police officer.**

    Once outside Eric continued with his obstreperous behavior and
loudly demanded that I stop "touching his dick". Eric Brandt then
demanded that he be issued a summons and released from the scene and
he further stated that I had no "reasonable belief" to book him or
hold him for bond.
    I instructed Eric Brandt that I intended to leave that
decision to my watch commander. I called for a cover car to assist me
in escorting Eric to the nearby Public Safety Center. Eric then stated
that if I wanted to book him I would have to carry him to the Public
Safety Center. Eric then went limp so I gently laid him down on the
concrete surface of the courtyard and advised WPD dispatch that Eric
was "passively resisting" and that I would certainly need assistance
in transporting Eric Brandt to the WPSC.
    I stood and waited for assistance with Eric Brandt laying on
the courtyard where he had gone limp. Commander Villano arrived first
and began encouraging Eric Brandt to stand up on his own. Commander
Villano attempted to use his prior effort in assisting Eric Brandt as
an inducement to gaining his cooperation in walking to the WPSC.
    Eric continued to refuse to stand up and/or walk-remaining
limp on the courtyard. Commander Villano was able to get Eric Brandt
to sit up. Once this position was attained Commander Villano grabbed
Eric's right arm and attempted to lift Eric by himself but Eric went
limp and Commander Villano could not lift Eric by himself.  Westminster.Brandt 00021
    I reached down and placed Eric's left wrist in a bent wrist
come-along hold and he stood up and began walking. Eric Brandt then

PAGE 4 OF 6

## WESTMINSTER MUNICIPAL COURT
*continuation*

| | | |
|---|---|---|
| Name:<br>**BRANDT, ERIC PATRICK** | Birthdate:<br>**11/19/1971** | CR<br>**2014-13805** |
| Arresting Agency:<br>**WESTMINSTER POLICE DEPARTMENT** | Arrest Date:<br>**08/11/2014** | |
| Charges: | WMC | Classification |
| **OBSTRUCTION OF A POLICE OFFICER** | **6-5-5** | **M** |
| **RESISTING ARREST** | **6-5-1** | **M** |
| **UNLAWFUL TRESPASS** | **6-3-5(A)** | **M** |

37

## AFFIDAVIT IN SUPPORT OF WARRANTLESS ARREST
**(28110) NEWTON, PAUL E**
Being Duly sworn upon oath says that there is probable cause for the warrantless arrest of the above-named defendant for the charge(s) stated above, and that the following facts are true and correct to the best of his/her knowledge, information and belief and support the arrest of the defendant.

**My name is: (28110) NEWTON, PAUL E**          **I am a Westminster police officer.**

began protesting my action and attempted to kick me several times-which I was able to avoid, I was not struck. Sgt Bell (WPD) observed this kicking attempt by Eric Brandt. Eric stated that he would walk with us if I released my grip so I released the bent-wrist escort hold and held on to his upper arm. There was no longer a need for the escort restraint since his compliance had been attained. I then informed Eric Brandt that he was also under arrest for resisting arrest.
    Eric Brandt was then escorted to a just-arrived patrol car and placed in that car by Off D. Smith (WPD). Eric Brandt was transported to the WPSC where he was processed.
    During processing Eric Brandt complained of pain in his wrists so WFD paramedics responded and checked Eric Brandt. Off D. Smith took photographs of Eric's wrists.
    Eric Brandt was later transported to the Adams County Jail. Commander Villano stated that he would obtain the video and/or audio recording from the City Council meeting and have it preserved as evidence for the municipal court.
    The above-listed information led me to believe that Eric Brandt violated WMC 6-5-5 (A) and WMC 6-5-1 (A)(1).
--End of report--

PAGE 5 OF 6

Affiant's Signature: _____

Subscribed and sworn to before me this

___11TH___ day of __AUGUST__, __2014__

Notary Public: __K. Beren #906__

Expiration Date: __05082018__              Page __6__ of __6__

I spoke with Westminster Municipal Judge/Referee
_____ at _____ o'clock pm/am on
_____, _____. Probable cause was/was not determined to exist (strike one). (Not) Approved by the court.

```
KEVIN M BEREN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064017714
MY COMMISSION EXPIRES 05/08/2018
```

PAGE 6 OF 6

Westminster.Brandt 00023