CITY OF WESTMINSTER, COLORADO
MINUTES OF THE CITY COUNCIL MEETING
HELD ON MONDAY, AUGUST 25, 2014, AT 7:00 P.M.

PLEDGE OF ALLEGIANCE

Mayor Atchison led the Council, Staff, and audience in the Pledge of Allegiance.

ROLL CALL

Mayor Herb Atchison, Mayor Pro Tem Faith Winter, and Councillors Bruce Baker, Bob Briggs, Alberto Garcia, Emma Pinter, and Anita Seitz were present at roll call. Also present were City Manager J. Brent McFall, Deputy City Attorney Hilary Graham, and City Clerk Linda Yeager.

CONSIDERATION OF MINUTES

Councillor Briggs moved, seconded by Councillor Baker, to approve the minutes of the regular meeting of August 11, 2014, as presented. The motion carried unanimously.

CITY MANAGER'S REPORT

Mr. McFall reported there would be no Council meeting next Monday, September 1, as City Hall and all administrative offices would be closed in observance of Labor Day.

After adjournment of this meeting, the Council would hear post-meeting presentations concerning an update on the City Manager Profile and on the 2015-2016 water rates. The public was welcome to attend.

At the conclusion of the briefings, Council would consider meeting in executive session to give direction regarding a proposed Third Amendment to the 2009 amended and restated Business Assistance Agreement for the cooperative development and construction of a Full Service Marriott Hotel Hyatt Place hotel pursuant to Section 1-11-3(C)(4) and (7), Westminster Municipal Code, and Section 24-6-402(4)(e), Colorado Revised Statutes.

COUNCIL REPORTS

Mayor Atchison reminded Council members that although there would be no meeting on Labor Day, September had five Mondays and there would be meetings on the remaining four Mondays with the last Monday of the month being the Council's budget retreat.

Councillor Baker applauded members of the Police Department and the City Council who had courageously participated in the Ice Bucket Challenge, a worthy cause to raise funds to fight ALS Disease.

Mayor Pro Tem Winter reported that those who participated in the Ice Bucket Challenge had passed the challenge on to the Thornton Mayor and Police Department. Having not heard from Thornton, she publicly restated the challenge. Additionally, the Mayor Pro Tem invited the public to attend the Westminster Public Safety Recognition Foundation Annual 911 Banquet on September 4 at the Marriott beginning at 5:30 p.m. Awards for heroic actions would be given to Public Safety personnel and members of the public. Tickets to the event were on sale in the Public Safety Building Lobby.

Councillor Garcia reported that while cold, the Ice Bucket Challenge was a success. He thanked those that organized it and attended to watch. He had heard from the City of Thornton that Westminster's challenge had been accepted and their event would be on September 4.

Councillor Briggs reported that Becky Silver of Aar River Gallery had hosted a dinner for the North Metro Arts Alliance over the weekend. Ms. Silver remained actively engaged in promoting Westminster's Art District and bringing people and events to that area. Her efforts were appreciated.

Westminster.Brandt 00035

Westminster City Council Minutes
August 28, 2014          Page 2

EMPLOYEE SERVICE AWARDS

Councillor Garcia extended congratulations for 20 years of service in the Police Department to Edna Hendershot, Dean Passarelli, and Todd Reeves, none of whom could attend and accept personal recognition. Councillor Baker presented a certificate of appreciation and City pin to Barb Dolan for 30 years of service in the Finance Department; and Councillor Pinter recognized Harvey Morris for 35 years of service to the City primarily in code enforcement. She presented Mr. Morris a certificate of appreciation and his 35-year City pin.

PROCLAMATIONS

Mayor Atchison proclaimed September 1 through 4 to be City of Westminster Employee Appreciation Week, recognizing 950 full and part-time benefited employees and more than 660 seasonal and non-benefited employees comprising the City's workforce. The ability of the organization to provide quality municipal services was in no small part due to the commitment, dedication, talent, expertise and knowledge of the City's workforce. One highlight of the week would be the Employee Barbecue lunch at Westfield Village Park that would include a relaxed dress code and option of wearing jeans for all non-uniformed personnel. After reading the proclamation, the Mayor presented it to members of the Employee Advisory Committee and the Employee Recognition Action Team, representing employees from all City departments and voiced the City Council's appreciation of staff.

Councillor Baker read a proclamation the Mayor had signed to declare September to be National Library Card Sign-up Month in Westminster. The College Hill and Irving Street Libraries would celebrate the month with programs and information to encourage residents and students to obtain a free library card and make use of the libraries' multiple services. Gratefully accepting the proclamation were staff members from both libraries.

CITIZEN COMMUNICATION

After inviting Eric Brandt to the podium, Mayor Atchison expressed regret for an unfortunate incident at the August 11 Council meeting when he had cut short Mr. Brandt's presentation to the Council. The City respected the free-speech rights of its citizens and Council provided time during City Council meetings to allow citizens to address the elected body. Because his five-minute opportunity had been cut short on August 11, the Mayor exercised his prerogative as Chair of the Council and asked Mr. Brandt to limit his comments to ten minutes or less.

Mr. Brandt thanked the Mayor and identified himself as an active participant in democracy, using the right of protest to draw attention to abuse of authority by the Police Department and injustices in the Court system. He sought redress and accountability from the City and outlined four major outcomes he wanted the Council to pursue.

Debbie Teter, 2996 Bradburn Boulevard and Chair of the South Westminster Arts Group (SWAG), thanked Council for supporting SWAG's efforts of cultural awareness and for allowing use of the Rodeo Market Community Arts Center. The recent application for Colorado Creative Community designation had been lacking were in some areas pertaining to the district's characteristics. She requested that the Council allocate SWAG a $20,000 subsidy for two years so the non-profit could recover the cost of a grant writer and a gallery manager, which would not only help establish SWAG as a credible, creative community venture, but also serve as evidence of tangible City support. Both were necessary components to successfully obtain designation as a Colorado Creative Community.

Vanessa DeMott, 9640 West 105th Way, informed Council of a free, Colorado-based Smart Phone application called Latch Key Project that was designed to help prevent child abduction. She requested an opportunity to present it to Council in an upcoming Study Session.

Beverly Capra, 7600 Bradburn and the owner of a small gallery in south Westminster, was pleased with the park the City was creating adjacent to the Rodeo Market Community Art Center. Because of his generosity and influence in the south Westminster neighborhood, she suggested that the park be named the Fred Valente Memorial Park. Mr. Valente had been the original owner and operator of the Rodeo Market.

Westminster.Brandt 00036

Westminster City Council Minutes
August 28, 2014          Page 3

Nicki Leo, 1915 Harmony Park Drive and a City employee; Margie Miller, 4640 West 101st Place and a retired City employee; Rod Waldo, 13324 Osage Street; Jim McMurdo, 13250 Osage Street and a City employee; Jonathan Herrmann, 6532 West 113th Avenue; Mary Tuneberg, 11363 Grove Street; Dave DeMott, 9640 West 105th Way; and Mary Lu Rea, 3921 West 97th Place; addressed Council concerning August 11 Study Session direction given to staff to draft an ordinance allowing collective bargaining for Westminster firefighters. They voiced opposition based on the lack of public input; the impact on the workforce as a whole due to unionization of a portion of employees; the deterioration of the organization's cultural values when lack of equity within the workforce resulted; and the impact unionization would have on the services provided by the City. Employees respectfully asked what firefighters thought would be gained from unionization.   Collective bargaining was a significant change with long-range financial consequences.  Council was asked to submit the question of allowing collective bargaining in local government to a vote of Westminster citizens who would bear the responsibility of paying for collective bargaining if it passed.

Marc Faluotico, 13024 Harmony Park and a Westminster firefighter, spoke in favor of allowing collective bargaining so firefighters would have a voice about safety decisions or budgetary cuts.  Firefighters were asking for the same voice that colleagues in other metro area districts and neighboring municipalities enjoyed and were exercising rights granted them by passage of Senate Bill 13-25.

CONSENT AGENDA

The following items were submitted for Council's consideration on the consent agenda:  accept the July 2014 Financial Report as presented; appoint Deputy City Attorney Hilary Graham to serve as Acting City Attorney to have and exercise the duties and responsibilities of City Attorney under the City Charter until such time as a new City Attorney was appointed by Council; based upon the recommendation of the City Manager, determine that the public interest would be best served by approving the Police Department's cumulative expenditures in 2014 with Frontier Radio Communications in an amount not to exceed $75,000; based upon the recommendation of the City Manager, determine that the public interest would be best served by approving the Police Department's cumulative purchases in 2014 with Precinct Police Products not to exceed $100,000 through end of year 2014; authorize the City Manager to award the purchase of one 24-inch and two 14-inch Bailey sleeve valves to the low bidder, Bailey Valve, Inc., in the amount of $256,020, plus an allowance of up to $25,602 for related appurtenances, freight, and shop materials, for a total not to exceed $281,622; and final passage on second reading of Councillor's Bill No. 21 authorizing the City Manager to execute and implement an Economic Development Agreement with Ball Corporation.

No one asked that any item be removed for individual consideration, and it was moved by Councillor Seitz, seconded by Councillor Pinter, to approve the consent agenda as presented.  The motion passed with all Councillors voting affirmatively.

COUNCILLOR'S BILL NO. 23 AUTHORIZING 2ND QTR 2014 BUDGET SUPPLEMENTAL APPROPRIATION

Councillor Briggs moved, seconded by Councillor Seitz, to pass on first reading Councillor's Bill No. 23, providing for a supplemental appropriation of funds to the 2014 budget of the General and General Capital Improvement Funds. The motion passed unanimously on roll call vote.

COUNCILLOR'S BILL NO. 24 AUTHORIZING SUPPLEMENTAL APPROPRIATION OF GRANT FUNDS

It was moved by Councillor Garcia and seconded by Councillor Pinter to pass on first reading Councillor's Bill No. 24, authorizing the supplemental appropriation of federal grant funding from the Regional Air Quality Council in the amount of $55,260 for the purchase and installation of Global Positioning Systems on vehicles in the City's fleet. At roll call vote, the motion passed unanimously.

Westminster City Council Minutes
August 28, 2014          Page 4

COUNCILLOR'S BILL NO. 22 APPROPRIATING 2014 CDBG FUNDS

Mayor Pro Tem Winter moved, seconded by Councillor Seitz, to pass on second reading Councillor's Bill No. 22 appropriating funds received from the United States Department of Housing and Urban Development, Community Development Block Grant program, in the amount of $614,010. On roll call vote, the motion passed by a vote of 6:1 with Councillor Baker voting no.

ADJOURNMENT

There was no further business to come before the City Council, and, hearing no objections, Mayor Atchison adjourned the meeting at 8:16 p.m.

ATTEST:

_____
City Clerk

_____
Mayor

Westminster.Brandt 00038